```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 10762
   PAUL R WALKER
   MILLIE WALKER                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-3510      SSN XXX-XX-6884


-----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/30/06 .

     2.  The case was converted to Chapter 7 without confirmation, 10/16/2006.
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST FEDERAL SAVINGS BA | CURRENT MORTG | .00 | .00 | .00 |
| FIRST FEDERAL SAVINGS BA | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| COUNTRYWIDE FINANCIAL | SECURED | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ANOTHER PLUMBING CO | SECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED | .00 | .00 | .00 |
| HARRIS BANK | SECURED | .00 | .00 | .00 |
| CENTURY TILE | UNSECURED | NOT FILED | .00 | .00 |
| JOHN P SCHWULST & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| J & J COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| HINES LUMBER | UNSECURED | NOT FILED | .00 | .00 |
| FLOOR COVERING ASSOCIATE | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| LAGRANGE MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| FIRST REVENUE ASSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| NORDIN & STURINO PC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PLANTERS PALETTE | UNSECURED | NOT FILED | .00 | .00 |
| SPEED DRYWALL | UNSECURED | NOT FILED | .00 | .00 |
| COPLEY CHICAGO NEWSPAPER | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| DANIEL J KRAMER | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |

```
PRINCIPAL PAID                    .00           .00           .00           .00           .00
INTEREST PAID                     .00           .00           .00           .00           .00
TOTAL PAID                        .00           .00           .00           .00           .00
```

The Debtor's attorney, ZALUTSKY & PINSKI         , was allowed $        .00 and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/24/07                      /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 06 B 10762 PAUL R WALKER & MILLIE WALKER