UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| WALKER, PAUL R. | ) | CASE NO. 06-10762-JHS |
| WALKER, MILLIE L. | ) | |
| Debtor(s). | ) | Hon. John H. Squires |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  COURTROOM 2000
         DUPAGE COUNTY COURTHOURSE
         505 NORTH COUNTY FARM ROAD
         WHEATON, IL. 60187

    On:  **June 6, 2008**           Time:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $804,954.99 |
    | Disbursements | $752,916.20 |
    | Net Cash Available for Distribution | $52,038.79 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| BROWN, DAVID R.<br>Trustee | $0.00 | $41,379.12 | $0.00 |
| CLERK, U.S. BANKRUPTCY COURT<br>Clerk of the Court Costs (includes adversary and other filing fees) | $0.00 | $0.00 | $246.32 |
| SPRINGER, BROWN, COVEY, GAERTNER & DAVIS<br>Attorney for Trustee (Trustee Firm) | $0.00 | $8,552.13 | $0.00 |
| ALAN D. LASKO & ASSOCIATES, P.C.<br>Accountant for Trustee (Other Firm) | $0.00 | $1,849.75 | $11.47 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $99,354.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 12 | Century Tile | 4,120.38 | 0.00 |
| 14 | Crest Hill Animal Hospital | 149.08 | 0.00 |
| 000002 | DISCOVER BANK/DISCOVER FINANCIAL SE | 10,453.65 | 0.00 |
| 000003 | DISCOVER BANK/DISCOVER FINANCIAL SE | 6,494.37 | 0.00 |
| 000004 | Edward Hines Lumber | 34,150.76 | 0.00 |
| 10 | Floor Covering Associates of Joliet, Inc. | 35,780.20 | 0.00 |
| 000005 | STORE, KOHL"S DEPARTMENT | 275.83 | 0.00 |
| 13 | Village VAC Company | 7,930.00 | 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor (has or has not) been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| 2002 Buick Rendezvous | 12,000.00 |

Dated: **May 5, 2008**                              For the Court,

By:  **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:     DAVID R. BROWN
Address:    400 SOUTH COUNTY FARM ROAD
            SUITE 330
            WHEATON IL 60187
Phone No.:  (630) 510-0000

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

...762   Doc 114   Filed 05/05/08   Entered 05/08/08 00:49:08   Desc Imaged
              Certificate of Service     Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2             Date Rcvd: May 05, 2008
Case: 06-10762                Form ID: pdf002          Total Served: 51


The following entities were served by first class mail on May 07, 2008.
db         +Paul R. Walker,    16 W 611 Hillside Lane,    Hinsdale, IL 60527-6179
jdb        +Millie L. Walker,    16 W 611 Hillside Lane,    Hinsdale, IL 60527-6179
aty        +Alexander Tynkov,    Zalutsky & Pinski, Ltd,    20 N Clark St,    Suite 600,
             Chicago, IL 60602-4184
aty        +Kerrie S Neal,    Zalutsky & Pinski, Ltd.,    20 North Clark St,    Suite 600,
             Chicago, IL 60602-4184
aty        +Roger J Brejcha,    512 West Burlington,    Suite 6 A,    LaGrange, IL 60525-2225
aty        +Thomas Twomey,    Zalutsky & Pinski Ltd,    20 N Clark St.,    Suite 600,    Chicago, IL 60602-4184
tr         +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,     400 South County Farm Road,
             Suite 330,    Wheaton, IL 60187-4547
10891160   +Another Plumbing Co.,    c/o Charles Burke,    253 W. Broadway St.,    Bradley, IL 60915-2235
10891161   +Another Plumbing Company,    13753 McKanna Road,    Minooka, IL 60447-9637
10950888   +Another Plumbing Company, LLC,    c/o Chitkowski Law Office,    801 Warrenville Road, Suite 620,
             Lisle, IL 60532-4348
10891162   +Century Tile,    747 E Roosevelt Road,    Lombard, IL 60148-4742
10891163   +Chitkowski Law Offices,    801 Warrenville Rd.,    Suite 620,    Lisle, IL 60532-4348
10964788   +Constant Lighting & Design,    1245 Humbracht Circle,    Unit A,    Bartlett, IL 60103-1689
10891164   +Country Insurance,    C/O John P Schwulst & Assoc,    200 West Front St, 500A,PO BOX 3215,
             Bloomington, IL 61702-3215
10891165   +Countrywide Home Lending,    450 American Street,    Credit Reporting,    Simi Valley, CA 93065-6285
10891166   +Countrywide Home Loans,    P.O. Box 650070,    Dallas, TX 75265-0070
10923261   +Countrywide Home Loans, Inc.,    400 Countrywide Way, Mail Stop SV-46,
             Simi Valley, Ca 93065-6298
10891167   +Crest Hill Animal Hospital,    Cpi- Joliet,    P O Box 841,    Joliet, IL 60434-0841
10891169   +Dr. Julie Moore,    Computer Credit Svc Co,    Po Box 60201,    Chicago, IL 60660-0201
10891170   +Eagle Brook Services,    C/O Credit Management Services,    25 Northwest Point Boulevard,Sut750,
             Elk Grove Village, IL 60007-1056
10891171   +Edward Hines Lumber,    1000 Corporation Grove Drive,    Buffalo Grove, IL 60089-4550
10891174  ++++FLOOR COVERING ASSOCATIONS,    C/O THOMAS ODDO, RICKMON & KOCSIS,    24047 W LOCKPORT ST STE 209,
             PLAINFIELD IL  60544-1683
             (address filed with court: Floor Covering Assocations,    C/O Thomas Oddo, Rickmon & Kocsis,
             530 Lockport Street #208,    Plainfield, IL 60544)
10891173   +First Federal Savings Bank,    C/O William T Surin,    724 Columbus St,    Ottawa, IL 61350-5002
10891172   +First Federal Savings Bank,    P.O. Box 457,    Ottawa, IL 61350-0457
10967657   +Floor Covering Associates of Joliet, Inc.,    c/o Thomas G. Oddo,    Coman & Anderson, PC,
             2525 Cabot Drive, Suite 300,    Lisle, IL 60532-0916
10891175   +GMAC,   P.O. Box 217060,    Auburn Hills, MI 48321-7060
10900655   +GMAC,   2740 Arthur Street,    Roseville, MN 55113-1303
10891176   +Harris Bank,    111 W Monroe,    Chicago, IL 60603-4095
10891177   +Harris Bank of Barrington,    201 S. Grove Ave,    Barrington, IL 60010-4493
10891178   +James M. Philbrick,    P.O. Box 351,    Mundelein, IL 60060-0351
10891179   +John Peolinski, Jr,    Guerard, Kalina & Butkus,    100 W Roosevelt Road, A-1,
             Wheaton, IL 60187-5260
10918003   +Kohl’s Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
             Dallas, TX 75374-0933
10891180   +Kohls/chase,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
10891181    Lagrange Hospital,    2801 Walker Road,    Chattanooga, TN 37421
10891183   +Loyola Medical Center,    C/O Merchants Credit,    223 West Jackson,    Chicago, IL 60606-6908
10891182   +Loyola Medical Center,    PO BOX 95994,    223 West Jackson,    Chicago, IL 60694-5994
10891184   +Loyola University Medical,    Revenue Products Management,    PO BOX 925,    Rosemont, IL 60018-0925
10964790    Marshall Fields,    c/o Meyer & Nijus PA,    1100 US Bank Plaza, 2 S. 6th Street,
             Minneapolis, MN 55402
10964789   +Marshall Fields,    3901 W 53rd Street,    Sioux Falls, SD 57106-4221
10891185   +Nextel,    First Revenue Assuranc,    200 Fillmore St Ste 300,    Denver, CO 80206-5024
10891186   +Nordin & Sturino,    Naperville Executive Center,    1555 Naperville/Wheaton Rd,
             Naperville, IL 60563-1567
10891187   +Pierce & Associates,    1 N. Dearborn,    Suite 1300,    Chicago, IL 60602-4331
10891188   +Planters Palette,    28 W 571 Roosevelt Road,    Winfield, IL 60190-1530
10891190  ++++SUBURABN CHICAGO REVIEW,    13543 S US HIGHWAY 30,    PLAINFIELD IL  60544-1100
             (address filed with court: Suburabn Chicago Review,    3101 Roust 30,    Plainfield, IL 60544)
10891191  ++++SUBURBAN CHICAGO REVIEW,    13543 S US HIGHWAY 30,    PLAINFIELD IL  60544-1100
             (address filed with court: Suburban Chicago Review,    3101 Route 30,    Plainfield, IL 60544)
10891189   +Speed Drywall,    10101 S Mandel Street Unit B,    Plainfield, IL 60585-6866
10891193   +Village VAC Company,    C/O Daniel J Kramer,    1107 A South Bridge Street,
             Yorkville, IL 60560-1747
10891194   +Wfnnb/potterybarn,    Po Box 182273,    Columbus, OH 43218-2273

The following entities were served by electronic transmission on May 06, 2008.
10891168      E-mail/PDF: mrdiscen@discoverfinancial.com May 06 2008 04:36:51      Discover Fin,    Pob 15316,
               Wilmington, DE 19850
10900808      E-mail/PDF: mrdiscen@discoverfinancial.com May 06 2008 04:36:51
               Discover Bank/Discover Financial Services,    Po Box 3025,    New Albany, OH  43054-3025
10891192     +E-mail/PDF: bankruptcyverizonwireless@afninet.com May 06 2008 03:54:01      Verizon Wireless,
               1515 Woodfield Rd Ste140,    Schaumburg, IL 60173-6046
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11520713      Floor Covering Joliet Associates, Inc.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: May 05, 2008
Case: 06-10762                Form ID: pdf002          Total Served: 51
aty*       +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
             Suite 330,    Wheaton, IL 60187-4547
aty*       +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
             Suite 330,    Wheaton, IL 60187-4547
                                                                                            TOTALS: 1, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 07, 2008**          **Signature:**    _/s/ Joseph Speetjens_