## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Honorable    JOHN H. SQUIRES                                    Hearing Date  June 6, 2008

Bankruptcy Case No.              06 B 10762                      Adversary No.

Title of Case    Paul & Millie Walker

Brief
Statement of     Notice on Trustee's Final Report and Account and hearing on applications for compensation and on
Motion           abandonment of property by the Trustee

Names and
Addresses of
moving
counsel

Representing

## ORDER

Continue to June 20, 2008 at 10:00 a.m.  Leave is given Trustee to supplement his application for compensation
by or before June 16, 2008.

*John H. Squires*