UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| WALKER, PAUL R. | ) | CASE NO. 06-10762-JHS |
| WALKER, MILLIE L. | ) | |
| Debtor(s). | ) | Hon. John H. Squires |

### DISTRIBUTION REPORT

I, DAVID R. BROWN, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $41,814.58 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(1)-(a)(7),507(a)(9)-(a)(10)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $10,296.26 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $52,110.84 |

**EXHIBIT D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 41,814.58 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | BROWN, DAVID R., Trustee Compensation | $31,123.41 | $31,123.41 |
| | BROWN, DAVID R., Trustee Expenses | $0.00 | $0.00 |
| | CLERK, U.S. BANKRUPTCY COURT, Clerk of the Court Costs (includes adversary and other filing fees) | $250.00 | $250.00 |
| | SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, Attorney for Trustee Fees (Trustee Firm) | $8,552.13 | $8,552.13 |
| | ALAN D. LASKO & ASSOCIATES, P.C., Accountant for Trustee Fees (Other Firm) | $1,877.40 | $1,877.40 |
| | ALAN D. LASKO & ASSOCIATES, P.C., Accountant for Trustee Expenses (Other Firm) | $11.64 | $11.64 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) – Domestic Support Obligations | $ 0.00 | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

| | TOTAL | FINAL |
|---|---|---|
| | AMOUNT OF CLAIMS | DIVIDEND % |

§507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f)     $ 0.00

| **5. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|

§507(a)(4) - Wages, salaries or commissions limited to $10,000.00     $ 0.00

| **6. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|

§507(a)(5) - Contributions Employee Benefit Plans     $ 0.00

| **7. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|

§507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925.     $ 0.00

| **8. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|

§507(a)(7) - Deposits of consumers to the extent of $2,225     $ 0.00

| **9. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|

§724(b) - Secured Tax Lien Claims     $ 0.00

| **10. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|

§507(a)(8) - Unsecured Tax Claims excluding fines and penalties     $ 0.00

| **11. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|

§507(a)(9) - Capital Commitments to Federal Depository Institutions        $ 0.00

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) – Death & Personal Injury Claims for DUI | $ 0.00 | |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 99,354.27 | 10.36 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 12 | Century Tile, General Unsecured 726(a)(2) | $4,120.38 | $427.00 |
| 14 | Crest Hill Animal Hospital, General Unsecured 726(a)(2) | $149.08 | $15.45 |
| 000002 | DISCOVER BANK/DISCOVER FINANCIAL SE, General Unsecured 726(a)(2) | $10,453.65 | $1,083.33 |
| 000003 | DISCOVER BANK/DISCOVER FINANCIAL SE, General Unsecured 726(a)(2) | $6,494.37 | $673.02 |
| 000004 | Edward Hines Lumber, General Unsecured 726(a)(2) | $34,150.76 | $3,539.10 |
| 10 | Floor Covering Associates of Joliet, Inc., General Unsecured 726(a)(2) | $35,780.20 | $3,707.98 |
| 000005 | STORE, KOHL"S DEPARTMENT, General Unsecured 726(a)(2) | $275.83 | $28.58 |
| 13 | Village VAC Company, General Unsecured 726(a)(2) | $7,930.00 | $821.80 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 621,620.87 | 106.59 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000006 | Countrywide Home Loans, Inc., Real Estate-Consensual Liens (mortgages, deeds of trust, PMSI) | $210,074.38 | $0.00 |
| 11 | First Federal Savings Bank, Real Estate-Consensual Liens (mortgages, deeds of trust, PMSI) | $394,259.09 | $0.00 |
| 000009 | Another Plumbing Company, LLC , Real Estate-Non-consensual Liens (judgments, mechanics liens) | $17,287.40 | $0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 000001 | GMAC 2740 Arthur Street Roseville, MN 55113 | 3,908.54 | Disallowed |
| Unsecured | 000007 | Crest Hill Animal Hospital Cpi- Joliet P O Box 841 Joliet, IL 60436 | 149.08 | Superceded |

| | | | | |
|---|---|---|---|---|
| Unsecured | 000008 | Village VAC Company<br>C/O Daniel J Kramer<br>1107 A South Bridge Street<br>Yorkville, IL 60560 | 7,930.00 | Superceded |
| Secured | 000010 | Floor Covering Associates of Joliet<br>c/o Thomas G. Oddo<br>Coman & Anderson, PC<br>2525 Cabot Drive, Suite 300<br>Lisle, IL 60532 | 35,780.20 | Disallowed |
| Unsecured | 10 | Floor Covering Associates of Joliet, Inc.<br>c/o Thomas G. Oddo<br>Coman & Anderson, PC<br>2525 Cabot Drive, Suite 300<br>Lisle, IL 60532 | 71,560.40 | Superceded |
| Unsecured | 10 | Floor Covering Associates of Joliet, Inc.<br>c/o Thomas G. Oddo<br>Coman & Anderson, PC<br>2525 Cabot Drive, Suite 300<br>Lisle, IL 60532 | 35,780.20 | Superceded |
| Unsecured | 13 | Village VAC Company<br>C/O Daniel J Kramer<br>1107 A South Bridge Street<br>Yorkville, IL 60560 | 7,930.00 | Duplicate |
| Unsecured | 14 | Crest Hill Animal Hospital<br>P O Box 841<br>Joliet, IL 60436 | 149.08 | Duplicate |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED   August 12, 2008                    /s/ DAVID R. BROWN
                                                             **DAVID R. BROWN**, Trustee


DAVID R. BROWN (ARDC # IL 3122323)
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON IL 60187
Telephone:   (630) 510-0000
Facsimile:   (630) 510-0004

- 6 -